■ ANTHONY A. CARTER, Respondent, v GRAPHIC CONTROLS CORPORATION, Appellant, et al., Defendant. [683 NYS2d 689] —Or-

der unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sedita, Jr., J. (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Denman, P. J., Green, Hayes, Callahan and Balio, JJ.